1  DANIEL G. BOGDEN
   United States Attorney
2  NADIA AHMED
   Special Assistant United States Attorney
3  DISTRICT OF NEVADA
   333 Las Vegas Boulevard South, Suite 5000
4  Las Vegas, Nevada  89101
   PHONE: (702) 388-6336 / Fax: (702) 388-6020
5

6

7              UNITED STATES DISTRICT COURT
8                  DISTRICT OF NEVADA
                          -oOo-
9

10  UNITED STATES OF AMERICA,        )   Case No. 2:15-mj-00055-NJK
                                     )
                 Plaintiff,          )
11                                   )
                                     )   STIPULATION TO CONTINUE
                 vs.                 )   PRELIMINARY HEARING
12                                   )   (2nd REQUEST)
                                     )
13  KEN RICHARD BENNETT,             )
                                     )
                 Defendant.          )
14                                   )
                                     )
15  _____)

16         IT IS HEREBY STIPULATED AND AGREED, by and between Daniel G. Bogden,

17  United States Attorney, and Nadia Ahmed, Special Assistant United States Attorney, counsel

18  for the United States of America, and William C. Carrico, Assistant Federal Public Defender,

19  counsel for defendant Ken Richard Bennett that the Preliminary Hearing currently set for

20  Tuesday, March 17, 2015 at 4:00 p.m., be vacated and continued for thirty (30) days or to a date

21  and time convenient to the Court.

22         This stipulation is entered into for the following reasons:

23         1.      The parties are in the process of negotiating a resolution of the case that would

24  obviate the need for trial.  The parties need additional time to do so.

                                        1

2.      The Defendant is not in custody and agrees to the continuance.

3.      Denial of this request for a trial continuance would prejudice both the Defendants and the Government and unnecessarily consume this Court's valuable resources, taking into account the exercise of due diligence.

4.      Additionally, denial of this request for continuance could result in a miscarriage of justice.

5.      The additional time requested by this stipulation, is excludable in computing the time within which the defendant must be indicted and the trial herein must commence pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(b) and § 3161(h)(8)(A), considering the factors under 18 U.S.C. § 3161(h)(8)(B)(I) and (iv).

6.      This is the second request for a continuance filed herein.


DATED this 16th day of March, 2015.

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney


*/s/ William Carrico*
By:_____

William Carrico
Counsel for Defendant
KEN RICHARD BENNETT

*/s/ Nadia Ahmed*
By:_____

Nadia Ahmed
Special Assistant United States Attorney

2

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 2:15-mj-00055-NJK |
| Plaintiff, | ) |
| vs. | ) ORDER CONTINUING PRELIMINARY<br>) HEARING |
| KEN RICHARD BENNETT, | ) |
| Defendant. | ) |

Based on the pending stipulation of counsel, and good cause appearing therefore, the court hereby finds that:

IT IS HEREBY ORDERED that the deadline to continue the trial, currently scheduled for March 17, 2015, at the hour of 4:00 p.m., is continued to April 21, 2015, at 4:00 p.m. in Courtroom 3A.

DATED this _____16th_____ day of ___March___, 2015

_____
UNITED STATES MAGISTRATE JUDGE

3